1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099



SEALED FILED

JUN 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCHES OF: | CASE NO. 1:16 SW 00152 SAB |
|---|---|
| 4150 E Dwight Way, Apt 202, Fresno, CA, 93702; 4035 E. Illinois Ave, Fresno, CA, 93702; 921 N Peach Ave, Apt 115, Fresno, CA, 93727; 37129 Ave 12 ¼, Madera, CA, 93636; 2005 Nissan MURANO (CA license plate 6MUM421); 1998 Chevrolet CAVALIER (CA license plate 4UEL131); 1998 Ford F-150 (CA license plate 8P59496); 2002 Nissan ALTIMA (CA license plate 4VNS081); 2005 Chevrolet TAHOE (CA license plate 5GZY485); 2006 Nissan ALTIMA (CA  license plate 7SPH479); and 2001 Ford MUSTANG (CA license plate 4SOE435). | (PROPOSED) ORDER SEALING SEARCH WARRANTS AND APPLICATION AND AFFIDAVIT |

The United States of America having applied to this Court for an Order sealing the search warrant and application and affidavit in the above-entitled proceedings, together with its Application to Seal, and Memorandum of Points and Authorities, and good cause appearing therefor on the grounds set forth in the Affidavit in support of the Application,

IT IS HEREBY ORDERED that the search warrants and application and affidavit in the above-entitled proceeding, together with the Application to Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities, shall be sealed and shall not be disclosed pending further order of this court.

DATED: 6/14/2016

_____
HONORABLE STANLEY A. BOONE
U.S. Magistrate Judge

(PROPOSED) ORDER SEALING SEARCH WARRANTS
AND APPLICATION AND AFFIDAVIT                    1