PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
JUL - 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:, <br><br> 4150 Dwight Way, Apt. 202, Fresno, CA 93702; 4035 E. Illinois Ave., Fresno, CA, 93702; 921 N. Peach Ave., Apt. 115, Fresno, CA 93727; 37129 Ave 12 ¼, Madera, CA, 93636; 2005 Nissan MURANO (CA license plate 6MUM421); 1998 Chevrolet CAVALIER (CA license plate 4UEL131); 1998 Ford F-150 (CA license plate 8P59496); 2005 Chevrolet TAHOE (CA license plate 5GZY485); 2006 Nissan ALTIMA (CA license plate 7SPH479); and 2001 Ford MUSTANG (CA license plate 4SOE435). | CASE NO: 1:16-SW-000152 SAB <br><br> (PROPOSED) ORDER TO UNSEAL SEARCH WARRANTS AND AFFIDAVIT |

The search warrants and affidavit in support of the above-referenced search warrants, having previously been sealed by order of this Court, and it appearing that the search warrants and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrants and affidavit in support of the search warrants herein be unsealed and made public record.

DATED: July 8, 2016

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

Order to Unseal Search Warrants
Affidavit

1